(128 So. 919)
#### R. E., alias Erven, McCULLOCH v. STATE.
#### 8 Div. 946.

Court of Appeals of Alabama.
May 27, 1930.

RICE, J.
Appeal dismissed.

(124 So. 923)
#### John McDANIEL v. STATE.   (5 Div. 789.)

Court of Appeals of Alabama.   Nov. 26, 1929.

RICE, J.   Appeal dismissed.

(128 So. 919)
#### Will MACE v. STATE.
#### 8 Div. 33.

Court of Appeals of Alabama.
June 10, 1930.

BRICKEN, P. J.
Affirmed.

(119 So. 924)
#### James MACK, alias, etc., Clifford Armstrong, and James Kirkland v. STATE.
#### (7 Div. 539.)

Court of Appeals of Alabama.   Jan. 22, 1929.

RICE, J.   Appeal dismissed.

(119 So. 924)
#### James MACK, alias, etc., Clifford Armstrong, and James Kirkland v. STATE.
#### (7 Div. 540.)

Court of Appeals of Alabama.   Jan. 22, 1929.

BRICKEN, P. J.   Appeal dismissed.

(126 So. 926)
#### George McKEE v. STATE.
#### 7 Div. 578.

Court of Appeals of Alabama.
Feb. 18, 1930.

J. A. Johnson, of Ft. Payne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.

Appellant was convicted of the offense denounced by Code, 1923, § 3193, "using obscene or insulting language in the presence of girl or woman," etc. He was tried, on proper complaint, before the judge, without a jury, and a fine of $50 assessed against him.

We find nothing in the transcript, here on appeal, calling for comment by us. The evidence adduced upon the trial was ample to support the finding of guilty and judgment of conviction. We have carefully searched the record for prejudicial error, but, finding none, the judgment appealed from must be, and is, affirmed.

Affirmed.

(128 So. 919)
#### Sina McKINLEY v. STATE.
#### 6 Div. 716.

Court of Appeals of Alabama.
June 10, 1930.

SAMFORD, J.
Affirmed.

(128 So. 919)
#### Minnie MACKLIN, alias McLin, v. STATE.
#### 8 Div. 920.

Court of Appeals of Alabama.
March 4, 1930.

Rehearing Dismissed April 8, 1930.

RICE, J.
Affirmed.